1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant RODRIGUEZ

**FILED**

SEP 1 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       OAKLAND DIVISION

10

11

| UNITED STATES OF AMERICA, | ) | No. CR 13-00552 JST |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE TO OCTOBER 18, 2013 AND TO |
| vs. | ) ) ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| MARTIN RODRIGUEZ-MEJIA, | ) ) | |
| Defendant. | ) ) ) | Hearing Date: September 20, 2013 Time:         9:30 a.m. |

18

19        The above-captioned matter is set on September 20, 2013 before this Honorable Court for

a status hearing.  The parties jointly request that the Court continue this matter to October 18,

2013, at 9:30 p.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §

3161, between September 20, 2013 and October 18, 2013, so that the defense can have additional

time to research and to investigate this case.

        On August 15, 2013, the Grand Jury charged defendant in one count with illegal reentry

after deportation, a violation of 8 U.S.C. § 1326.  He faces a maximum sentence of 20 years for

this offense.  On August 16, 2013, Mr. Rodriguez was arraigned on the Indictment.  A week

1

1    later, the magistrate court ordered Mr. Rodriguez detained pending trial.

2          The parties are discussing plea negotiations and anticipate that this case may resolve short

3    of trial. The government has made a "fast track" plea offer but before Mr. Rodriguez can decide

4    whether to accept that offer he needs additional time to research and to investigate possible

5    motions. In addition, counsel needs additional time to research and to investigate Mr.

6    Rodriguez's Guidelines calculation. For these reasons, the defense requests additional time to

7    prepare, and the parties agree that it is appropriate to continue this case until October 18, 2013.

8          The parties stipulate and agree that the ends of justice served by this continuance

9    outweigh the best interest of the public and the defendant in a speedy trial. The parties further

10   agree that the failure to grant this continuance would unreasonably deny counsel for defendant

11   the reasonable time necessary for effective preparation, taking into account the exercise of due

12   diligence.

13         Accordingly, the parties agree that the period of time from September 20, 2013 until

14   October 18, 2013, should be excluded in accordance with the provisions of the Speedy Trial Act,

15   18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into

16   account the exercise of due diligence.

17

18   DATED: September 17, 2013                    _____/S/_____
                                                  KEVIN LIN
19                                                Special Assistant United States Attorney

20
     DATED: September 17, 2013                    _____/S/_____
21                                                ANGELA M. HANSEN
                                                  Assistant Federal Public Defender
22

23

24

25

26

                                                  2

1                                    **ORDER**

2              Based on the reasons provided in the stipulation of the parties above, the Court hereby

3      finds:

4         1.         Given that defense counsel needs additional time to research and to assess a

5      possible motions in this case;

6         2.         Given that the defense needs additional time to research and to investigate

7      defendant's Guidelines calculation;

8         3.         Given these above-listed tasks are necessary for the defense preparation of the

9      case and that the failure to grant the requested continuance would unreasonably deny counsel for

10     defendant the reasonable time necessary for effective preparation, taking into account the

11     exercise of due diligence;

12        4.         Given that the ends of justice served by this continuance outweigh the best interest

13     of the public and defendant in a speedy trial;

14             Based on these findings, it is hereby ordered that the status hearing date of September 20,

15     2013, scheduled at 9:30 a.m., is vacated and reset for October 18, 2013, at 9:30 a.m., for a status

16     hearing. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §

17     3161(h)(7)(A) and (B)(iv), from September 20, 2013 until October 18, 2013.

18     DATED: __9/18/13__

19                                              THE HONORABLE JON S. TIGAR
                                                United States District Judge

20

21

22

23

24

25

26

                                              3